# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Decarlos George                                                  Docket No. 7:12-CR-35-1BO

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Decarlos George, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon in violation of 18 U.S.C. §§ 922(g) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 17, 2012, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 150 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Decarlos George was released from custody on December 17, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 21, 2013, the defendant tested positive for marijuana. He also failed to submit to drug testing on three (3) occasions. Mr. George is employed and invested in a stable domestic relationship where he helps to support his children. To address the violations, it is recommended the court impose a two (2) day jail sanction. Additionally, he is being considered for referral to a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Decarlos George
Docket No. 7:12-CR-35-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall serve two (2) days in the custody of the Bureau of Prisons as arranged by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: June 11, 2013 |

### ORDER OF COURT

Considered and ordered this 12 day of June, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge